**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-1237**

———————

In Re: JONATHAN A. LOY,

           Debtor.

----------------------

JONATHAN A. LOY,

           Debtor – Appellant,

       v.

JEREMIAH ANTHONY O'SULLIVAN, as Trustee and Receiver for the bankrupt Jonathan A. Loy,

           Trustee – Appellee,

       and

W. CLARKSON MCDOW, JR., U.S. Trustee,

           Trustee.

———————

**No. 13-1247**

———————

In Re: JONATHAN A. LOY,

           Debtor.

----------------------

JONATHAN A. LOY,

           Debtor – Appellant,

v.

JEREMIAH ANTHONY O'SULLIVAN, as Trustee and Receiver for the bankrupt Jonathan A. Loy,

Trustee – Appellee,

and

W. CLARKSON MCDOW, JR., U.S. Trustee,

Trustee.

─────────────

**No. 13-1248**

─────────────

In Re: JONATHAN A. LOY,

Debtor.

----------------------

JONATHAN A. LOY,

Debtor – Appellant,

v.

JEREMIAH ANTHONY O'SULLIVAN, as Trustee and Receiver for the bankrupt Jonathan A. Loy; U.S. TRUSTEE,

Trustees - Appellees.

─────────────

**No. 13-1358**

─────────────

In Re: JONATHAN A. LOY,

Debtor.

----------------------

2

JEREMIAH ANTHONY O'SULLIVAN, as Trustee and Receiver for the Bankrupt Jonathan A. Loy,

        Plaintiff – Appellee,

    v.

JONATHAN A. LOY,

        Defendant – Appellant,

    and

SUSAN J. LOY; JOSEPH L. R. PINARD; LEO JON PERK; TOM C. SMITH, JR.

        Defendants.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Newport News.   Raymond A. Jackson, District Judge.   (4:12-cv-00091-RAJ-LRL; 4:12-cv-00090-RAJ-DEM; 4:12-cv-00115-RAJ-TEM; 4:12-cv-00151-RAJ-TEM; 09-51379-FJS; 09-05034-FJS)

---

Submitted:  July 31, 2013        Decided:  August 7, 2013

---

Before SHEDD, DUNCAN, and KEENAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jonathan A. Loy, Appellant Pro Se.   James Robertson Clarke, MCGUIREWOODS, LLP, Norfolk, Virginia; Douglas Michael Foley, MCGUIREWOODS, LLP, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In Nos. 13-1237 and 13-1247, Jonathan Loy appeals the district court's orders affirming the bankruptcy court's orders denying his motion to revoke recognition of a foreign bankruptcy proceeding, 11 U.S.C. § 1517(d) (2006). In No. 13-1248, Loy appeals the district court's order dismissing his appeal from the bankruptcy court's order denying his motion to dismiss the underlying Chapter 7 proceeding. Appeal No. 13-1358 is Loy's appeal from the district court's order adopting the bankruptcy court's report and recommendation to grant summary judgment in favor of Jeremiah O'Sullivan, the trustee in Loy's English bankruptcy proceeding, on his claim seeking a declaratory judgment that two transfers of real property were void ab initio, and striking Susan Loy's affirmative defense in which she attempted to assert an ownership interest in the property. We have thoroughly reviewed the record on appeal as well as the parties' briefs and find no reversible error. Accordingly, we grant Loy's motions to proceed in forma pauperis and affirm all appeals on the reasoning of the courts below. Loy v. O'Sullivan, Nos. 4:12-cv-00091-RAJ-LRL; 4:12-cv-00090-RAJ-DEM; 4:12-cv-00115-RAJ-TEM; 4:12-cv-00151-RAJ-TEM (E.D. Va. Jan. 22, 2013; Feb. 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the

4

materials before this court and argument would not aid the decisional process.

AFFIRMED